# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 17, 2005



Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami  FL  33128

**Appeal Number: 04-16392-DD**
Case Style: Janneral Denson v. USA
District Court Number:  98-07256 CV-KMM

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 04-16392-DD

MAR 17 2005

KAHN
CLERK

JANNERAL DENSON,
JORDAN L. TAYLOR,
a minor, Janneral Denson, Guardian,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA,
JOHN & JANE DOES,
et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

Before TJOFLAT, DUBINA, and MARCUS, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The district court's November 5, 2004, order is not final and appealable as it does not resolve all claims of all parties, and was not certified for an immediate appeal pursuant to Fed.R.Civ.P. 54(b). 28 U.S.C. § 1291; Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). Moreover, the order does not fall within the collateral order exception identified in Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546, 69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949).