IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 98-7256-CIV-MOORE

JANNERAL DENSON and JORDAN L.
TAYLOR, a minor, through his
Legal guardian, JANNERAL DENSON,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____/

**FINAL JUDGMENT**



    THIS CAUSE came before the Court upon Defendant, United States of America's, Motion for Entry of Judgment (DE #396) and Defendants, Cheryl Friedland and Lee Levenka's Motion for Entry of Judgment (DE # 401). This action was tried before the Court from April 18, 2005, to April 21, 2005. On August 8, 2005 the Court entered Findings of Fact and Conclusions of Law in favor of Defendant United States of America (DE # 394). On August 22, 2005 the Court entered an Order dismissing the Complaint against the individual Defendants Cheryl Friedland and Lee Levenka as barred by 28 U.S.C. § 2676.  Accordingly, it is

    ORDERED AND ADJUDGED that Defendant, United States of America's, Motion for Entry of Judgment (DE #396) and Defendants, Cheryl Friedland and Lee Levenka's Motion for Entry of Judgment (DE # 401) are GRANTED.  It is further

    ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of Defendant United States of America and Defendants Cheryl Friedland and Lee Levenka. The Plaintiffs shall take nothing and this action is dismissed on the merits.

    DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of October, 2005.

                                                   K. MICHAEL MOORE
                                               UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record