

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 98-7256-CIV-MOORE

JANNERAL DENSON and JORDAN L.
TAYLOR, a minor, through his
legal guardian, JANNERAL DENSON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, etc.,
et al.,

    Defendants.
_____/



### SECOND AMENDED NOTICE OF APPEAL

**NOTICE** is hereby given that, pursuant to F.R.A.P. 4(a)(2), the Plaintiffs in the above named case hereby further amend their appeal to the United States Court of Appeals for the Eleventh Circuit, to include the Order of the District Court, entered October 11, 2005, denying Plaintiffs' Motion to Set Aside Judgment entered on February 16, 2005, "in light of this Court's October 6, 2005 Order issuing a Final Judgment in this action." (attached hereto as Exhibit A).

**WE HEREBY CERTIFY** that a copy of the foregoing Second Amended Notice of Appeal, minus attachment, has been furnished by U.S. mail to: Lawrence Rosen, Esq., Assistant U.S. Attorney, 99 NE 4 Street, 3rd Floor, Miami, FL 33132-2111 and James J. Allen,

Esq., Office of the County Attorney, 111 NW 1 Street, Suite 2810, Miami, FL 33128-1993 this 14th day of October, 2005.

        HEYER & ASSOCIATES, P.A.
        Attorneys for Plaintiffs
        1311 SE 4th Avenue
        Fort Lauderdale, FL   33316
        (954) 522-4922 / (561) 833-1068
        FAX NO.: (954) 522-4955

BY: _____
        BARBARA A. HEYER
        BAR NO.: 346691

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 98-7256-CIV-MOORE

JANNERAL DENSON and JORDAN L.
TAYLOR, a minor, through his
Legal guardian, JANNERAL DENSON,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　**ORDER**

UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____/



THIS CAUSE came before the Court upon Plaintiffs' Motion to Set Aside Judgment Entered on February 16, 2005 (DE #385).

UPON CONSIDERATION of the motion, and being otherwise fully advised in the premises, the Court enters the following Order.

On November 5, 2004 the Court entered an Order granting summary judgment to the Hospital Defendants, Bennet, Hollant, Prospere and Simmons (DE# 297). On December 2, 2004 Plaintiffs filed their notice of appeal of that Order (DE # 305). On January 18, 2005 Plaintiffs filed their motion for entry of partial final judgment pursuant to Fed. R. Civ. P. 54(b) (DE # 310). On February 16, 2005 the Court entered Partial Final Judgment in favor of the Hospital Defendants (DE# 316). On March 17, 2005, the Eleventh Circuit dismissed the appeal for lack of jurisdiction (DE # 320). On June 30, 2005 Plaintiffs filed the instant motion to set aside judgment entered on February 16, 2005. Plaintiffs argue that the February 16, 2005 Order failed to make an express determination that "there is no just reason for delay." This, Plaintiffs argue, was an error of law. Without an an express determination that "there is no just reason for



PLAINTIFF'S EXHIBIT

delay" the February 16, 2005 Order is not deemed final.

"It is well established that, in the absence of a certification by the district court [that meets these two requirements], a partial disposition of a multi-claim or multi-party action does not qualify as a final decision under Section 1291 and is ordinarily an unappealable interlocutory order." Huckeby v. Frozen Food Express, 555 F.2d 542, 545-46 (5th Cir.1977); see also Mullins v. Nickel Plate Mining Co., 691 F.2d 971, 973 (11th Cir.1982); Arango v. Guzman Travel Advisors Corp., 621 F.2d 1371, 1374 (5th Cir.1980). There is no indication in the record, however, that Plaintiffs, in moving for entry of partial final judgment, even sought a certification by this Court that ' there is no just reason for delay."

Moreover, "an appellant's objection to the district court's order [granting summary judgment] is in no danger of becoming moot if appellate consideration is delayed until final judgment. Therefore, the district court's order is capable of being fully and effectively reviewed when the court issues a final judgment in this action." Winfrey v. School Bd., 59 F.3d 155, 158 (11th Cir. 1995) (internal quotations omitted). Accordingly, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion to Set Aside Judgment Entered on February 16, 2005 (DE #385) is DENIED in light of this Court's October 6, 2005 Order issuing a Final Judgment in this action (DE #404).

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of October, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

2